435 A.2d 258

DeLello, et al. v. Mastrangelo et al.

Appeal of Red Eye Tavern.

 Argued March 18, 1980. Stephen A. McBride, for appellant; Charles F. Mayer, for DeLello, appellees; Harry F. Brennan, did not file a brief on behalf of Mastrangelo, appellee; Daniel J. Sherry, for Burmont Inn, Inc., appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.